May 07, 2004

Mr. David J. Beck
Beck Redden & Secrest, L.L.P.
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010

Mr. Gilbert I. "Buddy" Low
Orgain Bell & Tucker, L.L.P.
470 Orleans Street
Beaumont, TX 77701

Mr. James J. Lee
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Mr. Charles K. Kebodeaux
Law Office of Keith Kebodeaux
909 Laurel
Beaumont, TX 77701

Mr. Gene M. Williams
Mehaffy & Weber
P. O. Box 16
Beaumont, TX 77704

RE: Case Number: 02-0705
 Court of Appeals Number: 09-01-00368-CV
 Trial Court Number: A 162,152

Style: COMPAQ COMPUTER CORPORATION
 v.
 HAL LAPRAY, ET AL.

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above referenced cause. (Chief Justice Phillips not
sitting)
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |